E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5423
    Facsimile:  (213) 894-6269
    E-mail:     Kerry.L.Quinn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-623(A)-WLH-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S REQUEST FOR ISSUANCE OF SUMMONS; [PROPOSED] ORDER |
| v. | |
| SHAUNIK RAHEJA, | |
| Defendant. | |

    Pursuant to Fed. R. Crim. P. 9(a), plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby requests

//

//

//

//

//

//

//

//

that a summons be issued in the above-entitled matter, based on the First Superseding Indictment returned on January 3, 2024.

Dated: January 10, 2024         Respectfully submitted,

                                                E. MARTIN ESTRADA
                                                United States Attorney

                                                MACK E. JENKINS
                                                Assistant United States Attorney
                                                Chief, Criminal Division

                                                /s/ Kerry Quinn
                                                KERRY L. QUINN
                                                Assistant United States Attorney

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA