UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:23-cr-00623-WLH-2 | Date: 01/23/2024 |
| Present: The Honorable: A. Joel Richlin, U.S. Magistrate Judge | |
| Interpreter N/A | Language N/A |
| Claudia Garcia-Marquez | 01/23/2024 | Kerry Quinn |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | ✔ Present  Released on Bond | Attorneys for Defendants: | ✔ Present  Retained |
|---|---|---|---|
| Shaunik Raheja | | Axel, Keri Curtis, specially appearing | |

**Proceedings: Arraignment of Defendant and/or** ✔ Assignment of Case    Appointment of Counsel

\* Court does not question defendant as to true name.

\* Defendant is arraigned under name on charging document.

\* Defendant acknowledges having read the charging document and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the charging document.

\* This case is assigned to Judge Wesley L. Hsu.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 3/19/2024 9:00 AM; Pre-Trial Conference: 3/8/2024 10:30 AM

\* Government counsel provides trial estimate of 3 weeks.

\* Judge Hsu is located in 9B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA   PSAED   PSASA
    USMLA   USMED   USMSA
    Statistics Clerk   Interpreter
    CJA Supervising Attorney   Fiscal

Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: CGM by TRB