UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SHRAY GOEL and<br>SHAUNIK RAHEJA,<br><br>　　　　Defendants. | No. 2:23-CR-623(A)-WLH<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [114]<br><br>**TRIAL DATE: 06-08-2026** |
|---|---|

　　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on October 31, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

　　　The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible,

or result in a miscarriage of justice; (iii) the case is so unusual and complex, due to the nature of the prosecution and the volume of discovery that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter has been previously continued from October 20, 2025 to June 1, 2026. The trial date is further continued to June 8, 2026. The final pretrial conference remains scheduled for April 24, 2026.

2. The time period of October 20, 2025 to June 15, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (B)(iv).

3. Defendants shall appear in Courtroom 9B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 8, 2026, at 9:00 am.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

1      IT IS SO ORDERED.

2

3    _11/4/2025_                                        _/s/ signature_
     DATE                                           HONORABLE WESLEY L. HSU
4                                                   UNITED STATES DISTRICT JUDGE

5

6

7  Presented by:

8        /s/
     KERRY L. QUINN
9    Assistant United States Attorney

3